# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| **United States of America** | |
| v. | Case No. 25-MJ- 174 |
| **EVER ESAU SOLIZ ESPANA** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 7, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Michael A Scioli*
*Complainant's signature*

MICHAEL A. SCIOLI
Supervisory U.S. Border Patrol Agent
United States Border Patrol
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 10, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF ERIE        )   SS:
CITY OF BUFFALO      )

I, Michael A. Scioli, being duly sworn, deposes and says that:

1.      I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for Twenty-two (22) years.  In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2.      As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

3.      I make this Affidavit in support of the Criminal Complaint charging Ever Esau SOLIZ ESPANA (hereinafter "SOLIZ ESPANA"), an alien, born in 1990 in Honduras, with having been found in the United States after having been previously removed or deported

from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

**PROBABLE CAUSE**

5. On or about October 7, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) arrested three illegal aliens as part of the national security missions established under Operation Unified Alliance and Operation Safeguard in Hamburg, New York, within the Western District of New York.

6. TU Agents and HSI Agents were conducting plain clothes surveillance at a hotel in Hamburg, NY, known to board illegal aliens. Agents witnessed a black pickup truck bearing out-of-state license plates parked at the back of the hotel. The truck had a roof rack with a ladder, for construction use. Contractors in the Buffalo, New York area will often seek

subcontracting from out-of-state contractors who employ illegal aliens due to local labor costs being higher.

7. Record checks revealed that the vehicle was registered to SOLIZ ESPANA, an illegal alien who had previously been removed from the United States. Agents then spoke with the clerk at the hotel who confirmed that a room was being rented at the hotel by SOLIZ ESPANA.

8. Agents approached two Hispanic males walking back towards the room, which was being rented by SOLIZ ESPANA, one being a subject which Agents had previously seen sitting outside of the room near the truck. Agents approached with their Law enforcement Badges visible, identified themselves as federal agents, and asked the two males, in Spanish, if they could ask them a few questions. Both subjects willingly began to speak with agents.

9. Agents spoke with a subject who provided them with an out-of-state driver's license which identified him as SOLIZ ESPANA, the registered owner of the vehicle who was illegally present in the United States. Agents asked the subject if he had previously been deported from the United States and he stated that he had been. SOLIZ ESPANA stated that he crossed back into the United States and has been living in New Jersey. He stated that he was in the Buffalo area for work. He also informed Agents there was another subject inside the hotel room and that subject agreed to come outside and speak with agents.

10. Agents questioned all three subjects as to their citizenship. All three subjects,

including SOLIZ ESPANA, admitted to being illegally present in the United States without any valid immigration documents that would allow them to remain.

11.  U.S. Border Patrol Agents took SOLIZ ESPANA into custody. As a part of processing, an electronic scan of SOLIZ ESPANA's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that SOLIZ ESPANA had been issued an FBI number and immigration fingerprint identification number.

12.  Criminal and immigration database record checks associated with SOLIZ ESPANA's fingerprints revealed the following:

   a. SOLIZ ESPANA is a native and citizen of Honduras.

   b. On or about December 10, 2014, SOLIZ ESPANA was order removed by a United States Border Patrol Agency Official in McAllen, Texas.

   c. On or about December 10, 2014, SOLIZ ESPANA was served a warning to aliens being ordered removed or deported.

   d. On or about December 17, 2014, SOLIZ ESPANA was physically removed from the United States via the Airport in Brownsville, Texas.

13.  There is no record that SOLIZ ESPANA had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

14.  Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about October 7, 2025, within the Western District of New York,

Ever Esau SOLIZ ESPANA, an alien who was removed from the United States on or about December 17, 2014, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

_Michael A Scioli_
_____
MICHAEL A. SCIOLI
Supervisory U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 10th day of October 2025.

_H. Kenneth Schroeder, Jr._
_____
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge